IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                CASE NO. 17-05935-RCT

SCOTT M. SMITH                         Chapter 7

                     Debtor
_____

## AMENDED CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the Motion to Sell Free and Clear of Liens (doc #38) and the Notice of Hearing (Doc #39) has been furnished by U.S. mail or electronically this October 17, 2018 to the following:

Debtor Attorney: don@brandonlawyer.com
UST: USTPRegion21.TP.ECF@USDOJ.GOV
Trustee: tracikstevenson@gmail.com
Debtor: SCOTT M. SMITH, 305 Medora St., Auburndale, FL 33823
SPS Select Portfolio Servicing, inc. attn: Remittance Processing, 3217 S. Decker Lake Dr. Salt Lake City, UT 84119

                                                /s/ Traci K. Stevenson
                                                TRACI K. STEVENSON, Trustee
                                                P.O. Box 86690
                                                Madeira Beach, FL 33738
                                                (727) 397-4838
                                                Florida Bar# 942227
                                                tracikstevenson@gmail.com